IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT K. and MONICA K., on behalf of JOHN K., a minor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 23cv594 |
| HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS, | ) ) ) ) ) | Judge Kness Magistrate Judge McShain |
| Defendant. | ) ) | |

**UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiffs, Robert K. and Monica K. ("Plaintiffs") , on behalf of John K., a minor, seek approval of a settlement agreement reached between them and Defendant Health Care Service Corporation ("Defendant" and together with Plaintiffs, the "Parties"), in accordance with Local Rule 17.1. In support thereof, Plaintiffs state:

1. This matter involves a claim brought pursuant to 29 U.S.C. § 1132(a)(1)(B) by Plaintiffs, on behalf of their child who suffers from an Autism Spectrum Disorder seeking benefits for medical treatment claimed due under an employee welfare benefit plan governed by the Employee Retirement Income Security Act (ERISA).

2. The Parties have reached an agreement to resolve this matter, which is memorialized in a confidential settlement agreement signed by the Parties and their counsel ("Settlement Agreement"). The Parties believe that the terms of the settlement are fair and reasonable.

3. Pursuant to Local Rule 17.1, the settlement cannot become final without written approval by the Court. In compliance with that Rule, the Parties propose to submit a copy of their

confidential settlement agreement for *in camera* review by the Court in order to seek the Court's approval of the terms that have been agreed upon by the Parties. As part of the Court's approval, Plaintiffs request (as called for in the Settlement Agreement) that the Court specifically order Defendant to pay the amount set out in the Settlement Agreement to Plaintiffs for the benefit of John K.

4. Upon approval of the proposed settlement, the Parties seek dismissal of this action with prejudice and without an award of costs or attorneys' fees to either party.

5. Plaintiffs' counsel met and conferred with Defendant's counsel on May 30, 2023 and Defendant does not oppose this motion.

WHEREFORE, Plaintiffs pray that the Court approve the terms of settlement and dismiss this matter with prejudice and without an award of costs or fees to either party.

/s/ Mark D. DeBofsky
Attorney for Plaintiffs

Mark D. DeBofsky
DeBofsky Law, Ltd.
150 N. Wacker Dr., Suite 1925
Chicago, Illinois 60606
(312) 561-4040
FAX (312) 600-4426
Email: mdebofsky@debofsky.com

## **CERTIFICATE OF SERVICE**

      Mark D. DeBofsky, the attorney, certifies that on May 30, 2023May 30, 2023, he served the foregoing Motion by electronic delivery upon all counsel of record via the CM/ECF system maintained by the Clerk of the U.S. District Court.

                                            /s/ Mark D. DeBofsky
                                            Mark D. DeBofsky